PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Stevenson Velez  
**Docket Number:** 09-00512-001  
**PACTS Number:** 47134

**Name of Sentencing Judicial Officer:** HONORABLE JOAN A. LENARD  
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/10/2002 (Southern District of Florida-Miami)

**Original Offense:** Importation of one kilogram or more of heroin into the United States

**Original Sentence:** 70 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release  
**Date Supervision Commenced:** 10/09/07

**Assistant U.S. Attorney:** Randall Cook, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On December 8, 2008, Mr. Velez was arrested in Moonachie, New Jersey on charges of simple assault related to a domestic violence dispute and possession of a controlled dangerous substance. He was processed and released on his own recognizance. |
| 2 | The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|   | Velez submitted five urine samples which tested positive for cocaine. The dates of submission were February 9, 2009, May 15, 2009, July 10, 2009, August 21, |

2009 and September 14, 2009. All subsequent urine samples since that date have tested negative for illicit drug use.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kenneth W. Manuel
U.S. Probation Officer
Date: 5/26/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 30 June 2010
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8 June 2010
Date